1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| BELINDA SAKUPWANYA, | Case No. 3:25-cv-05634-TMC |
|---|---|
| Plaintiff, | ORDER CONSOLIDATING CASES |
| v. | |
| RICHARD YARDLEY; JB HUNT TRANSPORT INC; CORPORATIONS XYZ 1-100, | |
| Defendants. | |
| MILTON PATSANZA, | |
| Plaintiff, | |
| v. | |
| RICHARD YARDLEY; JB HUNT TRANSPORT INC; CORPORATIONS XYZ 1-100, | |
| Defendants. | |

ORDER CONSOLIDATING CASES - 1

| | |
|---|---|
| 1 | M. P., M. K. P., and M. P., minors, by and through their parents and natural guardians, |
| 2 | MILTON PATSANZA and BELINDA SAKUPWANYA, |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | RICHARD YARDLEY; JB HUNT |
| 6 | TRANSPORT INC; CORPORATIONS XYZ |
| 7 | 1-100, |
| | Defendants. |

This matter comes before the Court during review of 3:25-cv-05634-TMC *Sakupwanya v. Yardley et al*, 3:25-cv-05633-TMC *Patsanza v. Yardley et al*, and 3:25-cv-05636-TMC *Patsanza et al v. Yardley et al*. Having reviewed the complaints and the balance of the records in the above-captioned matters, the Court CONSOLIDATES all three actions for purposes of discovery and pretrial motions.

Under Federal Rule of Civil Procedure 42(a), a court may consolidate "actions before the court [that] involve a common question of law or fact." Courts have broad discretion to consolidate cases pending in the same district. *Garity v. APWU Nat'l Labor Org.*, 828 F.3d 848, 855–56 (9th Cir. 2016). A court may consolidate actions sua sponte. See *In re Adams Apple, Inc.*, 829 F.2d 1484, 1487 (9th Cir. 1987) ("[C]onsolidation is within the broad discretion of the district court . . . and trial courts may consolidate cases sua sponte.").

Here, Plaintiffs in each case—Milton Patsanza, Belinda Sakupwanya, and M. P., M. K. P., and M. P., minors, by and through their parents and natural guardians, Milton Patsanza, Belinda Sakupwanya—are represented by the same attorney and challenge similar actions. All were passengers or operating a car they allege was in a vehicle collision "caused by the negligence of Defendant Richard Yardley." Dkt. 1-1 ¶ 4.1 (*Sakupwanya*); Dkt. 1-1 ¶ 4.1

ORDER CONSOLIDATING CASES - 2

(*Patsanza*); Dkt. 1-1 ¶ 4.1 (*M. P., et al*). All Plaintiffs allege that at the time of the incident, Defendant Yardley was operating a commercial vehicle as an independent contractor of Defendant JB Hunt Transportation Inc. Dkt. 1-1 ¶¶ 4.1, 4.4 (*Sakupwanya*); Dkt. 1-1 ¶¶ 4.1, 4.4 (*Patsanza*); Dkt. 1-1 ¶¶ 4.1, 4.4 (*M. P., et al*). All Plaintiffs also seek general damages, medical and other treatment expenses, loss of earnings and/or earnings capacity, additional travel expenses, and loss of consortium for Defendants' negligence. Dkt. 1-1 ¶¶ 8.1–8.5 (*Sakupwanya*); Dkt. 1-1 ¶¶ 8.1–8.5 (*Patsanza*); Dkt. 1-1 ¶¶ 7.1–7.5 (*M. P., et al*).

The cases thus share common questions of law and fact. *See* Fed. R. Civ. P. 42(a). Moreover, consolidating the cases would serve "judicial economy," "expedite resolution of the case," and avoid "inconsistent results." 9 Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 2383 (3d ed., Apr. 2022 Update).

Accordingly, the Court hereby ORDERS:

- 3:25-cv-05634-TMC *Sakupwanya v. Yardley et al*, 3:25-cv-05633-TMC *Patsanza v. Yardley et al*, and 3:25-cv-05636-TMC *Patsanza et al v. Yardley et al* are CONSOLIDATED for discovery and pretrial motions. The Court will consider whether to consolidate for trial at a later point.

- All future filings in this consolidated action must be filed under case number 3:25-cv-05636-TMC, with the following caption: *Patsanza et al v. Yardley et al*, 3:25-cv-05636-TMC.

- The Clerk is DIRECTED to administratively close 3:25-cv-05634-TMC *Sakupwanya v. Yardley et al* and 3:25-cv-05633-TMC *Patsanza v. Yardley et al*.

1  Dated this 6th day of August, 2025.

*[signature]*

Tiffany M. Cartwright
United States District Judge